# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-30811
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
November 7, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

KENNAN ALEXIS,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CR-223-1

———————————————————

Before DENNIS, HAYNES, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

Kennan Alexis, who has a prior drug trafficking conviction, challenges his 18 U.S.C. § 922(g)(1) conviction—both facially and as applied under the Second Amendment. His challenge fails under controlling Fifth Circuit precedent. *See United States v. Kimble*, 142 F.4th 308, 318 (5th Cir. 2025).

AFFIRMED.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.